1 | DANIEL J. BRODERICK
Federal Defender
2 | BENJAMIN D. GALLOWAY, BAR #214897
Staff Attorney
3 | 801 I Street, 3rd Floor
Sacramento, California 95814
4 | Telephone: (916) 498-5700

5

6

7               IN THE UNITED STATES DISTRICT COURT

8              FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10 | UNITED STATES OF AMERICA,        )    CASE NO. MAG 08-0076-KJM
                                      )
11 |                 Plaintiff,       )    STIPULATION AND ORDER TO
                                      )    EXTEND TIME FOR PRELIMINARY
12 |    v.                            )    EXAMINATION AND EXCLUDE TIME
                                      )
13 | DENNIS ADOLFO MILLAN-ROJAS,      )    Date:  April 4, 2008
                                      )    Time:  2:00 p.m.
14 |                 Defendant.       )    Judge: Dale A. Drozd
   |_____ )

15

16

17        The parties agree that time beginning March 14, 2008 and

18   extending through April 4, 2008, should be excluded from the

19   calculation of time under the Speedy Trial Act.  Further, the

20   Defendant consents to an extension of the time for preliminary

21   examination until April 4, 2008.  Fed. R. Crim. P. 5.1(d).  The

22   parties submit that the ends of justice are served by the Court

23   excluding such time, so that they may have reasonable time

24   necessary for effective preparation, taking into account the

25   exercise of due diligence.  18 U.S.C. § 3161(h)(8)(B)(iv).  In

26   particular, the time is required so that the parties can discuss

27   a proposed disposition and conduct investigation.  The parties

28   stipulate that this interest of justice outweighs the interest of

                                    1

1    the public and the defendant in a speedy filing of an indictment

2    or information, 18 U.S.C. §§ 3161(b), (h)(8)(A), and further that

3    this good cause outweighs the public's interest in the prompt

4    disposition of criminal cases.  Fed. R. Crim. P. 5.1(d).

5         The parties further request that this matter be taken off

6    calendar until April 4, 2008, or such time as either party may

7    request a hearing for a purpose other than preliminary

8    examination.

9

10   DATE: March 13, 2008              Respectfully Submitted,

11                                     DANIEL BRODERICK
                                       Federal Defender
12

13                                     /s/ Benjamin D. Galloway
                                       BENJAMIN D. GALLOWAY
14                                     Staff Attorney

15

16   DATE: March 13, 2008              McGREGOR W. SCOTT
                                       United States Attorney
17

18                            By:      /s/ Kyle Reardon
                                       KYLE REARDON
19                                     Assistant U.S. Attorney
     SO ORDERED.
20

21   DATE:   3/13/08

22                                     U.S. Magistrate Judge

23

24

25

26

27

28

2