```
 1  DANIEL J. BRODERICK
    Federal Defender
 2  BENJAMIN D. GALLOWAY, BAR #214897
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant
    DENNIS ADOLFO MILLAN-ROJAS
 6

 7                IN THE UNITED STATES DISTRICT COURT

 8              FOR THE EASTERN DISTRICT OF CALIFORNIA

 9

10  UNITED STATES OF AMERICA,    )    Cr.S. 08-180-EJG
                                 )
11            Plaintiff,         )    STIPULATION AND ORDER TO
                                 )    CONTINUE STATUS CONFERENCE
12       v.                      )
                                 )
13  DENNIS ADOLFO MILLAN-ROJAS,  )    Date: June 6, 2008
                                 )    Time: 10:00 A.m.
14            Defendant.         )    Judge: Edward J. Garcia
    _____ )
15
```

It is hereby stipulated and agreed to between the United States of America through KYLE REARDON, Assistant U.S. Attorney, and defendant, DENNIS MILLAN-ROJAS, by and though his counsel, BENJAMIN D. GALLOWAY, Assistant Federal Defender, that the status conference set for Friday, May 9, 2008, be continued to Friday, June 6, 2008, at 10:00 a.m.

This continuance is being requested because defense counsel is awaiting the pre-plea report and also needs additional time to research and investigate defendant's prior record.

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for June

/ / /

/ / /

1

6, 2008 pursuant to 18 U.S.C. § 3161 (h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: May 5, 2008

>Respectfully submitted,
>
>DANIEL J. BRODERICK
>Federal Defender
>
>/S/ BENJAMIN D. GALLOWAY
>_____
>BENJAMIN D. GALLOWAY
>Assistant Federal Defender
>Attorney for Defendant
>DENNIS MILLAN-ROJAS

DATED: May 5, 2008

>McGREGOR W. SCOTT
>United States Attorney
>
>/s/ Benjamin D. Galloway for
>_____
>KYLE REARDON
>Assistant U.S. Attorney

O R D E R

IT IS SO ORDERED.

DATED: May 6, 2008

>/s/ Edward J. Garcia
>_____
>EDWARD J. GARCIA
>UNITED STATES DISTRICT JUDGE