DANIEL J. BRODERICK
Federal Defender
BENJAMIN D. GALLOWAY, BAR #214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
DENNIS ADOLFO MILLAN-ROJAS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>              )<br>          Plaintiff,  )<br>              )<br>     v.       )<br>              )<br>DENNIS ADOLFO MILLAN-ROJAS,  )<br>              )<br>          Defendant.  )<br>_____) | Cr.S. 08-180-EJG<br><br>STIPULATION AND ORDER TO<br>CONTINUE STATUS CONFERENCE<br><br><br>Date: June 6, 2008<br>Time: 10:00 A.m.<br>Judge: Edward J. Garcia |

It is hereby stipulated and agreed to between the United States of America through KYLE REARDON, Assistant U.S. Attorney, and defendant, DENNIS ADOLFO MILLAN-ROJAS, by and though his counsel, BENJAMIN D. GALLOWAY, Assistant Federal Defender, that the status conference set for June 6, 2008, be continued to Friday,
June 20, 2008, at 10:00 a.m.

This continuance is being requested to allow defense counsel additional time to review discovery with the defendant, and to continue investigating the facts of the case.

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for June

/ / /

1

20, 2008 pursuant to 18 U.S.C. § 3161 (h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: June 4, 2008

                                        Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender

                                        /s/ Benjamin D. Galloway
                                        BENJAMIN D. GALLOWAY
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        DENNIS ADOLFO MILLAN-ROJAS

DATED: June 4, 2008

                                        McGREGOR W. SCOTT
                                        United States Attorney

                                        /s/ Benjamin D. Galloway for
                                        KYLE REARDON
                                        Assistant U.S. Attorney

**O R D E R**

**IT IS SO ORDERED.** Time is excluded from today's date through and including June 20, 2008 in the interests of justice pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) [reasonable time to prepare] and Local Code T4.

DATED: June 4, 2008.      /s/ Edward J. Garcia
                                    EDWARD J. GARCIA
                                    United States District Judge