```
McGREGOR W. SCOTT
United States Attorney
KYLE REARDON
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. NO. 08-0180 EJG |
| Plaintiff, | ) |
| v. | ) MOTION TO DISMISS INDICTMENT |
| | ) and ORDER DISMISSING |
| DENNIS ADOLFO MILLAN-ROJAS, | ) INDICTMENT |
|  aka Dennis Millan-Rojas, | ) |
| Defendant. | ) |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, Plaintiff, United States of America, by and through its undersigned attorney, asks the Court to file an order dismissing the indictment against Dennis Adolfo Millan-Rojas, filed on April 16, 2008, in CR. No. S-08-0180 EJG. On Tuesday, June 10, 2008, in the courtroom of Magistrate Judge Dale A. Drozd, the defendant pleaded guilty to a superseding information charging misdemeanor violations of 8 U.S.C. § 1325(a)(1) – illegal entry by an alien, and 18 U.S.C. § 1028(a)(4) – possession of unlawful identification documents.

///

1

1 | The defendant waived appeal and was sentenced to 6 months on
2 | Count One and 12 months on Count Two, to be served consecutively.
3 | The defendant was also sentenced to a one-year period of
4 | supervised release with the special condition that he comply with
5 | all deportation proceedings and once deported, that he not return
6 | to the United States without permission.

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

Date:                       By:   */s/ Kyle Reardon*
                                  KYLE REARDON
                                  Assistant U.S. Attorney

                                  Attorneys for the Plaintiff
                                  UNITED STATES OF AMERICA

**ORDER**

   IT IS SO ORDERED.

                                  /s/ Edward J. Garcia
                                  EDWARD J. GARCIA
                                  United States District Judge

DATED: June 11, 2008

2