McGREGOR W. SCOTT
United States Attorney
KYLE REARDON
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>   v.<br><br>DENNIS ADOLFO MILLAN-ROJAS,<br> aka Dennis Millan-Rojas,<br><br>  Defendant. | CR. NO. 08-0180 EJG<br><br>STIPULATED FINDINGS and<br>ORDER ADOPTING THE<br>STIPULATED FINDINGS |

On Tuesday, June 10, 2008, in the courtroom of Magistrate Judge Dale A. Drozd, the defendant pleaded guilty to a superseding information charging misdemeanor violations of 8 U.S.C. § 1325(a)(1) – illegal entry by an alien, and 18 U.S.C. § 1028(a)(4) – possession of unlawful identification documents. The defendant waived appeal and was sentenced to 6 months on Count One and 12 months on Count Two, to be served consecutively. The defendant was also sentenced to a one-year period of supervised release with the special condition that he comply with all deportation proceedings and once deported, that he not return to the United States without permission.

1

1  The parties stipulate and agree that the following
2 guidelines calculations as it concerns the defendant's violation
3 of 18 U.S.C. § 1028(a)(4):
4     **1. Offense Level:**
5     (A) The base offense level for this group is eight.
6 See U.S.S.G. § 2L2.2(a).  The specific offense characteristics
7 increase the offense level by two levels because the defendant
8 was previously deported from the United States.  See U.S.S.G. §
9 2L2.2(b)(1).
10         (B) Total Offense Level: The total offense level is 10.
11     **2. Victim-related Adjustments**: None.
12     **3. Role in the Offense Adjustment**: None.
13     **4. Obstruction Adjustment**: None.
14     **5. Adjusted Offense Level**: Upon application of a two-
15 level downward adjustment for acceptance of responsibility under
16 U.S.S.G. § 3E1.1(a), the adjusted offense level is eight.
17     **6. Criminal History**: The defendant's criminal history
18 category is level IV.
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

2

**7. Guideline Range:** The resulting guideline range is 46-57 months.  However, because the maximum punishment for a violation of 18 U.S.C. § 1028(a)(4) is one year, the applicable guideline sentence is one year.

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

Date: June 11, 2008          By:   */s/ Kyle Reardon*
                                   KYLE REARDON
                                   Assistant U.S. Attorney

                                   Attorneys for the Plaintiff
                                   UNITED STATES OF AMERICA


Date: June 11, 2008          By:   */s/ Kyle Reardon* for
                                   BENJAMIN GALLOWAY
                                   Attorney for the Defendant


**ORDER**

The Court has reviewed the Stipulated Findings and hereby adopts those finding.

DATED: June 12, 2008.

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.criminal/millan-rojas0180.stipord

3